IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FARIDEH B. BOWLES, | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| | ) | Civil Action No. 3:11-cv-0597 |
| | ) | Judge Campbell |
| | ) | Magistrate Judge Brown |
| VANDERBILT UNIVERSITY | ) | |
| MEDICAL CENTER, | ) | JURY DEMAND |
| | ) | |
|    Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties as evidenced by the signatures of their respective counsel hereto, it appearing to the Court that all matters between the parties have been compromised and settled,

IT IS HEREBY ORDERED that this matter be, and the same is hereby dismissed with prejudice.

Entered this _____ day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ Tracey A. Kinslow
Tracey A. Kinslow, BPR # 017098
KINSLOW LAW GROUP, PLLC
2109 Buena Vista Pike
Nashville, Tennessee 37218
615/ 256-3353

*Attorney for Plaintiff*

/s/ Alonda W. McCutcheon
Alonda W. McCutcheon (BPR #022350)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
615/742-6200

James Floyd (BPR #016092)
University Counsel
Vanderbilt University
Office of General Counsel
2100 West End Avenue
Suite 750
Nashville, Tennessee 37203
615/322-8334

*Attorneys for Defendant*