UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FARIDEH B. BOWLES | ) |
| | ) |
| v. | ) NO. 3:11cv0597 |
| | ) JUDGE CAMPBELL |
| VANDERBILT UNIVERSITY | ) |
| MEDICAL CENTER | ) |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/25/2013.

    KEITH THROCKMORTON, CLERK
    s/Tina M. Webster, Deputy Clerk